

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-10-00836-CV

Mei-Chiao Chen **WU**, Richard Hsu, Maya Hsu and Tzyy-Wen-Hzy,
Appellants

v.

### CITY OF SAN ANTONIO,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2005-CI-17146
Honorable David A. Berchelmann, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED and this cause is REMANDED to the trial court for further proceedings consistent with this court's opinion.

It is ORDERED that appellants, Mei-Chiao Chen Wu, Richard Hsu, Maya Hsu and Tzyy-Wen-Hzy, recover their costs of this appeal from appellee, City of San Antonio.

SIGNED August 14, 2013.

Luz Elena D. Chapa, Justice